## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**JOEL JAMES,**                              :

    **Petitioner**                     :    **CIVIL ACTION NO. 3:17-0197**

    **v**                                    :           **(JUDGE MANNION)**

**CRAIG A. LOWE**, *et al.*,                :

    **Respondents**                :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.


                                        s/ *Malachy E. Mannion*
                                        **MALACHY E. MANNION**
                                        **United States District Judge**

**Date: March 21, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0197-01-ORDER.wpd